IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01704-PAB-MJW

RONALD E. FIELDS,

Plaintiff,

v.

WALGREENS COMPANY,
    a/k/a WALGREENS CO.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Pro Se Plaintiff's Motion to Strike Defendant's Stipulated Motion for Protective Order (docket no. 26) is DENIED. In reviewing the court's file, there is no pending motion for protective order as of the date of this minute order.

Date: January 31, 2009