IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL J. WATANABE

Civil Action No. 08-cv-01704-PAB-MJW

RONALD E. FIELDS,

Plaintiff,

v.

WALGREENS COMPANY,
       a/k/a WALGREENS CO.,

Defendant.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that the Pro Se Plaintiff's Motion to Compel Disclosure and Discovery (docket no. 47) is **DENIED** for failure to comply with D.C.COLO.LCivR 7.1(A) and Fed. R. Civ. P. 37(a)(1) and pursuant to Hoelzel v. First Select Corp., 214 F.R.D. 634, 635 (D. Colo. 2003) (denying motion to compel for Plaintiff counsel's flagrant violation of this rule). Moreover a pro se litigant, such as Mr. Fields, is required to follow the same rules of procedure and orders of the court that govern other litigants. Oklahoma Federated Gold & Numismatics v. Blodgett, 24 F.3d 136, 139 (10th Cir. 1994). In this case, the Pro Se Plaintiff's Motion to Compel Disclosure and Discovery (docket no. 47) does not contain any averment pursuant to D.C.COLO.LCivR 7.1 (A) or Fed. R. Civ. P. 37(a)(1).

It is **FURTHER ORDERED** that if the Pro Se Plaintiff seeks an order from this court compelling defendant to provide discovery that the Pro Se Plaintiff believes was not delivered to him per his discovery requests in the form of interrogatories, request for production of documents, or request for admissions, then he **must** follow the Rules cited above before filing a motion to compel just like any other litigant before this court. It should be noted that the Pro Se Plaintiff, Ronald E. Fields, is not someone who has never filed or participated in a case in the United States District Court for the District of Colorado. In fact, Mr. Fields has previously filed two other civil cases in this court. Those cases are Fields v. Vectra Banking Corp., 04-cv-01925-EWN-MJW, and Fields v. First Interstate Bank of Denver, 92-cv-01207-ZLW-DEA.

Date: March 24, 2009