IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01704-PAB-MJW

RONALD E. FIELDS,

Plaintiff,

v.

WALGREENS COMPANY,
    a/k/a WALGREENS CO.,

Defendant.

**MINUTE ORDER**

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that Plaintiff's Motion to Strike Defendant's Motion for Entry of Protective Order Concerning Confidential Information (docket no. 59) is MOOT and therefore DENIED.  There is no pending motion filed by Defendant captioned: "Defendant's Motion for Entry of Protective Order Concerning Confidential Information." *See* entire docket of this case on CM/ECF.  Both the Pro Se Plaintiff and Defendant's counsel, Mr. Stacy are under the mistaken belief that such motion was docketed with this court.  According to the docket, it was not filed.  *See* entire docket of this case on CM/ECF.

Date:  May 1, 2009